IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBIN BAXLEY, as Personal Representative
of the Estate of MICHAEL JESS
SCARBERRY,

       Plaintiff,

vs.                                           CASE NO. 5:09cv343/RS-MD

GEICO GENERAL INSURANCE
COMPANY,

       Defendant.
_____/

## ORDER

The Cicchetti Law Firm's Objections To Magistrate Judge's Order Granting Plaintiff's Amended Motion To Compel Documents Responsive To Subpoena Duces Tecum (Doc. 60) is denied because I find it has not been shown that the Magistrate Judge's Order (Doc. 49) is clearly erroneous or contrary to law. 28 U.S.C. §636(b)(1)(A).

**ORDERED** on June 4, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK
                                          UNITED STATES DISTRICT JUDGE**