IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBIN BAXLEY, as Personal Representative
of the Estate of MICHAEL JESS
SCARBERRY,

    Plaintiff,

vs.                             CASE NO. 5:09cv343/RS-MD

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

Geico's Objection To Magistrate's Order Pertaining To The Files Of Attorneys Cicchetti, Kehoe, and Marsh (Doc. 61) is denied because I find it has not been shown that the Magistrate Judge's Order (Doc. 49) is clearly erroneous or contrary to law. 28 U.S.C. §636(b)(1)(A).

**ORDERED** on June 11, 2010.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**