**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

ROBIN BAXLEY, as Personal Representative
of the Estate of MICHAEL JESS
SCARBERRY,

       Plaintiff,

vs.                                CASE NO. 5:09cv343/RS-MD

GEICO GENERAL INSURANCE
COMPANY,

       Defendant.
_____/

## ORDER

Before me is the Motion To Intervene (Doc. 59) filed by Michael W. Kehoe and Fuller, Johnson, Kehoe, Horky & Rettig, LLC.

**IT IS ORDERED:**

1.    Michael W. Kehoe and Fuller, Johnson, Kehoe, Horky & Rettig, LLC. Heath & Rasky, P.A. are granted leave to intervene for the limited purpose of its objections to subpoenas served upon it as a non-party.

2.    The objections and/or motion to quash by counsel for Raymond Paulk (Docs. 59-1 & 59-2) are referred to Magistrate Judge Miles Davis for consideration.

**ORDERED** on June 11, 2010.


                    /S/ Richard Smoak_____
                    **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**