**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

ROBIN BAXLEY, as Personal Representative
of the Estate of MICHAEL JESS
SCARBERRY,

        Plaintiff,

vs.                                    CASE NO. 5:09cv343/RS-MD

GEICO GENERAL INSURANCE
COMPANY,

        Defendant.
_____/

## ORDER

Before me is the Motion To Intervene Of Non-Party Heath & Rasky, P.A. And Motion For Clarification Of Order (Doc. 62).

**IT IS ORDERED:**

1. Heath & Rasky, P.A. is granted leave to intervene for the limited purpose of its objections to subpoenas served upon it as a non-party.

2. The motion for clarification is referred to Magistrate Judge Miles Davis for consideration.

**ORDERED** on June 11, 2010.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK
                                              UNITED STATES DISTRICT JUDGE**